UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:18-cv-00088-RJC-DSC

| | |
|---|---|
| CHRIS EDWARD HOBBS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| BH MEDIA GROUP, INC et al, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** comes before the Court on Defendants Carrie Benoit, Tim Dearman, Jon LaFontaine's Motion to Dismiss ("Individual Defendants"), (Doc. No. 8), alleging that Plaintiff's claims against them should be dismissed because "there is no individual liability under the sole cause of action alleged in Plaintiff's Complaint—violation of the Americans with Disabilities Act." (Id. at 1). The Court has already dismissed Individual Defendants from this case in its previous order, (Doc. No. 3 at 5) ("[I]ndividuals are not liable in an ADA action.) (citing Baird ex rel. Baird v. Rose, 192 F.3d 462 (4th Cir. 1999)). **IT IS, THEREFORE, ORDERED** that Defendants Carrie Benoit, Tim Dearman, Jon LaFontaine's Motion to Dismiss, (Doc. No. 8) is **DISMISSED as moot.**

Signed: August 30, 2018

Robert J. Conrad, Jr.
United States District Judge